United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Douglas R. Cole and Judge Michael R. Barrett

FROM: Kelly Heuer , Deputy Clerk

DATE: 6/8/21

SUBJECT: Case Caption: Isaiah Lovendahl v. The Kroger Company, et al.

CASE: Case Number: Doc. 1:21-cv-350 1

DISTRICT JUDGE: Judge Douglas R. Cole

File Date: 6/7/2021

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Mullins v. The Kroger Company, et al.**

Case Number: **Doc. 1:19-cv-964 1**   District Judge: **Michael R. Barrett**

File Date: **11/12/2019**   Magistrate Judge:

**Related Case(s):**

Case Caption: **Wilson v. The Kroger Company, et al.**

Case Number: **Doc. 1:20-cv-936 1**   District Judge: **Michael R. Barrett**

File Date: **11/17/2020**   Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Kelly Heuer**
as follows:

**Judges' Response:**

☐  We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒  We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Michael R. Barrett

☐  We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐  We are unable to agree and will accept any decision made by the Chief Judge.

☐  I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐  I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐  Other Direction of Judge: _____

_____


                                              s/Michael R. Barrett
                                              United States District Judge

                                              United States District Judge

                                              United States District Judge


Cc:  Courtroom Deputies

*Revised 7/19/2012*