United States District Court
Southern District of Ohio

_____

**Related Case Memorandum
Civil Cases**

TO:        Judge Matthew W. McFarland and Judge Michael R. Barrett

FROM:      Emily Hiltz                    , Case Administrator

DATE:      7/1/2021

SUBJECT:   Case Caption:   William Powell v. The Kroger Company, et al.

CASE:      Case Number:   Doc. 1:21-cv-345 1

DISTRICT JUDGE:      Matthew W. McFarland
                     7/7/2020 – Case filed in District of Colorado
           File Date:   5/21/2021 – Case transferred to Southern District of Ohio

This memorandum is to notify you that the Notice of Related Cases (Doc. 86) in the above referenced case reflects the following alleged related cases:

**Related Case:**

Case Caption:     *Mullins v. The Kroger Company, et al.*

Case Number:      Doc. 1:19-cv-964 1        District Judge:   Michael R. Barrett

File Date:         11/12/2019               Magistrate Judge:

**Related Case(s):**

Case Caption:     *Wilson v. The Kroger Company, et al.*

Case Number:      1:20-cv-00936 1           District Judge:   Michael R. Barrett

File Date:         11/5/2019                Magistrate Judge:

Memo Re: Related Civil Cases
Page

**Related Case(s):** _____

Case Caption: _____*Levi v. The Kroger Company et al*_____

Case Number: ___Doc. 1:21-cv-42 1_____   District Judge: ___Michael R. Barrett___

File Date: ___1/19/2021_____   Magistrate Judge: _____


**Related Case(s):** _____

Case Caption: _____*Schell, et al.  v. The Kroger Company*_____

Case Number: ___Doc. 1:21-cv-103 1_____   District Judge: ___Michael R. Barrett___

File Date: ___2/11/2021_____   Magistrate Judge: _____


**Related Case(s):** _____

Case Caption: _____*Smith v. The Kroger Company, et al.*_____

Case Number: ___Doc. 1:21-cv-350 1_____   District Judge: ___Michael R. Barrett___

File Date: ___5/25/2021_____   Magistrate Judge: _____

Memo Re: Related Civil Cases
Page

The District Judges having conferred, we respond to Case Administrator  __**Emily Hiltz**__
as follows:


**Judges' Response:**

☐      We agree that the cases are __**not**__ related and that the subject case should remain with the Judge to whom it is assigned.

☒      We agree that the cases __**are**__ related and that the subject case should be transferred to the docket of Judge  _Barrett_ _____

☐      We agree that although the cases __**are**__ related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐      We are unable to agree and will accept any decision made by the Chief Judge.

☐      I am the Judge on both/all of the listed cases and have determined that the cases are __**not**__ related.

☐      I am the Judge on both/all of the listed cases and have determined that the cases __**are**__ related and they shall both/all remain on my docket.

☐      Other Direction of Judge: _____

_____

_____
United States District Judge


 /s/ Judge Matthew W. McFarland
_____
United States District Judge


 s/Michael R. Barrett
_____
United States District Judge



Cc:  Courtroom Deputies