**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| KEVIN MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY; and SMITH'S FOOD & DRUG CENTERS, INC. d/b/a FRY'S FOOD AND DRUG,<br><br>Defendants. | Case No. 1:19-cv-00964-MRB<br><br>JUDGE MICHAEL R. BARRETT |
| JACOB WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY; and ROUNDY'S SUPERMARKETS, INC. d/b/a PICK 'N SAVE,<br><br>Defendants. | Case No. 1:20-cv-00936-MRB |
| CHRISTOPHER LEVI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY; and FRED MEYER STORES, INC. d/b/a FRED MEYER,<br><br>Defendants. | Case No. 1:21-cv-00042-MRB |

1

| | |
|---|---|
| THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY d/b/a KROGER,<br><br>Defendant. | Case No. 1:21-cv-00103-MRB |
| WILLIAM POWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY; and DILLON COMPANIES, LLC a/k/a KING SOOPERS, INC. d/b/a KING SOOPERS/CITY MARKET,<br><br>Defendants. | Case No. 1:21-cv-00345-MRB |
| ISIAH LOVENDAHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY; and SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG,<br><br>Defendants. | Case No. 1:21-cv-00350-MRB |

2

**ORDER GRANTING JOINT MOTION TO FILE REDACTED SETTLEMENT AGREEMENT**

The Court has considered the Parties' Joint Motion to File Redacted Settlement Agreement. For good cause, the Court **GRANTS** the Motion. The parties are hereby permitted to file their Omnibus Collective Action Settlement Agreement and Joint Motion to Approve Collective Action Settlement with minimal redactions to confidential settlement payments, personal wage information, and declarations regarding fees and expenses. The parties shall also submit, at the time of filing, the unredacted settlement materials to chambers.

**IT IS SO ORDERED**.

ENTERED this the 26th day of January, 2024.

*/s/ Michael R. Barrett*
Michael R. Barrett
United States District Judge